B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Aereo, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>27-3492838 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>280 Summer Street, 4th Floor<br>Boston, MA 02210<br>ZIP CODE 02210-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Suffolk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:   Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>----------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13) | Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Aereo, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                               **Page 3**

| **Voluntary Petition** (*This page must be completed and filed in every case*) | **Name of Debtor(s):** Aereo, Inc. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X _____<br>Signature of Attorney for Debtor(s)<br>William R. Baldiga<br>Printed Name of Attorney for Debtor(s)<br>Brown Rudnick LLP<br>Firm Name<br>Seven Times Square<br>New York, NY 10036<br>Address<br>Email:wbaldiga@brownrudnick.com<br>(212) 209-4800<br>Telephone Number<br><br>Date<br>November 20, 2014<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Ramon A. Rivera<br>Printed Name of Authorized Individual<br>Secretary, Treasurer and Chief Financial Officer<br>Title of Authorized Individual<br><br>Date<br>November 20, 2014 | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

William R. Baldiga, Esquire
R. Benjamin Chapman, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

*Proposed Counsel for the
Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AEREO, INC., | : | Case No. 14-_____(___) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

**LIST OF FORTY CREDITORS
HOLDING LARGEST UNSECURED CLAIMS**

Set forth below is a list of creditors holding the forty (40) largest unsecured claims against Aereo, Inc. (the "Debtor") as of November 20, 2014. The list has been prepared from the books and records of the Debtor.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. Inclusion of a claim on the attached list is not an admission that the amounts listed are undisputed, fixed and liquidated nor an admission that the amounts are owed by the Debtor.

| Name of creditor and complete mailing address including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Level 3 Communications<br>P.O. Box 910182<br>Denver, CO 80291-0182 | Tara Abel<br>Tel: (814) 260-3026<br>E-Mail: Tara.abel@level3.com | Trade Debt | | $605,939.08 |
| Quality Technology Services<br>12851 Foster Street<br>Overland Park, KS 66213 | Darwin Shultz<br>Tel: (913) 312-2423<br>E-Mail:<br>Darwin.Shultz@Qtsdatacenters.com | Trade Debt | | $520,980.88 |
| Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 | Carmen Bonayon<br>Tel: (866) 954-0453 ext 8544<br>Fax: (650) 963-3574<br>E-Mail: c.bonayon@google.com | Trade Debt | | $309,421.58 |
| Fish & Richardson P.C.<br>P.O. Box 3295<br>Boston, MA 02241-3295 | Barbara Gomez<br>Tel: (617) 956-6943<br>E-Mail: Gomez@fr.com | Professional Fees | | $117,382.75 |
| Bingham McCutchen LLP<br>2020 K Street, NW<br>Washington, DC 20006 | Valerie Dory<br>Tel: (202) 373-6566<br>E-Mail:<br>Valerie.Dory@bingham.com | Professional Fees | | $105,000.00 |
| Vanderbilt Associates Owners LP<br>625 RXR Plaza<br>Uniondale, NY 11556 | Francine Pearsall<br>Tel: (516) 506-6762<br>Fax: (516) 506-6810<br>E-Mail: fpearsall@rxrrealty.com | Trade Debt | | $74,282.47 |
| Facebook, Inc.<br>1601 Willow Road<br>Menlo Park, CA 94025 | Flor Calonzo<br>Tel: (855) 232-8440 Ext 820.3422<br>E-Mail: fcalonzo@fb.com | Trade Debt | | $62,617.63 |
| NetBase Solutions, Inc.<br>2987 Landings Drive<br>Mountain View, CA 94043 | Brian Benedict<br>Tel: (650) 810-2106<br>E-Mail: bbenedict@netbase.com | Trade Debt | | $62,603.13 |
| Expedient Data Centers<br>P.O. Box 645209<br>Pittsburgh, PA 15264-5209 | Kathleen Kramer<br>Tel: (877) 570-7827<br>E-Mail:<br>Kathleen.Kramer@expedient.com | Trade Debt | | $59,028.02 |
| Tribune Media Services, Inc.<br>40 Media Drive<br>Queensbury, NY 12804 | Michael DiMezza<br>Tel: (800) 833-9581 Ext 2199<br>E-Mail: medimezza@gracenote.com | Trade Debt | | $48,480.00 |
| Constantine Cannon, LLP<br>355 Madison Avenue<br>9th Floor<br>New York, NY 10017 | Seth Greenstein<br>Tel: (212) 350-2343<br>E-Mail:<br>sgreenstein@constantinecannon.com | Trade Debt | | $43,815.49 |
| Kellogg, Huber, Hansen, Todd, Evans & Figel<br>1615 M Street, NW<br>Suite 400<br>Washington, DC 20036-3215 | David Frederick<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br>E-Mail: dfrederick@khte.com | Professional Fees | | $41,021.03 |

| Name of creditor and complete mailing address including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bernhard, Jennifer T.<br>1020 W. Daniel Street<br>Champaign, IL 61821 | Jennifer Bernhard<br>Tel: (217) 390-7836<br>E-Mail: jtbernhard1105@gmail.com | Trade Debt | | $33,003.41 |
| C7 Data Centers<br>14944 Pony Express Dr.<br>Bluffdale, UT 84065 | Ron Driggs<br>Rel: (801) 822-5327<br>E-Mail: r.driggs@c7dc.com | Trade Debt | | $29,887.50 |
| Houston & Associates, LLP<br>1666 Massachusetts Avenue<br>Suite 12<br>Lexington, MA 02420 | Grant Houston<br>Tel: (781)863-9991<br>E-Mail:<br>grant.houston@houstonllp.com | Professional Fees | | $29,834.22 |
| ExactTarget, Inc. and Subsidiaries<br>26487 Network Place<br>Chicago, IL 60673-1264 | Angela Holtzleiter<br>Tel: (317) 378-7996<br>E-Mail:<br>aholtzleiter@exacttarget.com | Trade Debt | | $28,887.50 |
| Vindicia<br>303 Twin Dolphin Drive<br>Suite 20C<br>Redwood City, CA 94065 | Jeff Sevel<br>Tel: (650) 264-4757<br>E-Mail: jsevel@vindicia.com | Trade Debt | | $27,586.07 |
| Womble Carlyle Sandridge & Rice, LLP<br>1200 Nineteenth Street, NW<br>Suite 50C<br>Washington, DC  20036 | Rebecca E. Jacobs<br>Tel: (202) 857-4547<br>Fax: (202) 261-0047<br>E-Mail: rjacobs@wcsr.com | Professional Fees | | $26,435.60 |
| Full Loyal Industrial Ltd.<br>26 Lan Hing Street<br>Kowloon Bay<br>Kowloon, Hong Kong | Maurice Chan<br>Tel: (852) 279 60682<br>Fax: (852) 279 52626<br>E-Mail: maurice@fullloyal.com.hk | Trade Debt | | $26,110.00 |
| American Broadcasting Cos., Inc<br>c/o Debevoise & Plimpton, LLP<br>Attn:  Bruce P. Keller, Esq.<br>919 Third Avenue, 31st Floor<br>New York, NY 10022 | Bruce P. Keller, Esq.<br>Tel.: (212) 909-6118<br>Fax: 212 521-7118<br>E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| CBS Broadcasting Inc.<br>c/o Debevoise & Plimpton, LLP<br>Attn:  Bruce P. Keller, Esq.<br>919 Third Avenue, 31st Floor<br>New York, NY 10022 | Bruce P. Keller, Esq.<br>Tel.: (212) 909-6118<br>Fax: (212) 521-7118<br>E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| CBS Studios Inc.<br>c/o Debevoise & Plimpton, LLP<br>Attn:  Bruce P. Keller, Esq.<br>919 Third Avenue, 31st Floor<br>New York, NY 10022 | Bruce P. Keller, Esq.<br>Tel.: (212) 909-6118<br>Fax: (212) 521-7118<br>E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |

3

| Name of creditor and complete mailing address including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Community Television of Utah d/b/a KSTU Fox 13 c/o Jenner & Block LLP Attn:  Richard L. Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Disney Enterprises, Inc. c/o Debevoise & Plimpton, LLP Attn:  Bruce P. Keller, Esq. 919 Third Avenue, 31st Floor New York, NY 10022 | Bruce P. Keller, Esq. Tel.: (212) 909-6118 Fax: (212 521-7118 E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Fox Broadcasting Company c/o Jenner & Block LLP Attn:  Richard L. Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Fox Television Stations, Inc. c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| KUTV Licensee d/b/a KUTV d/b/a KMYU c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| NBC Studios, LLC c/o Debevoise & Plimpton, LLP Attn:  Bruce P. Keller, Esq. 919 Third Avenue, 31st Floor New York, NY 10022 | Bruce P. Keller, Esq. Tel.: (212) 909-6118 Fax: (212 521-7118 E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| NBCUniversal Media, LLC c/o Debevoise & Plimpton, LLP Attn:  Bruce P. Keller, Esq. 919 Third Avenue, 31st Floor New York, NY 10022 | Bruce P. Keller, Esq. Tel.: (212) 909-6118 Fax: (212) 521-7118 E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Nexstar Broadcasting Snow Christiensen & Martineau Attn:  Rodney R. Parker, Esq. 10 Exchange Place, 11th Floor Salt Lake City, UT  84145-5000 | Rodney R. Parker, Esq. Tel.: (801) 322-9134 Fax: (801) 363-0400 E-mail: rrp@scmlaw.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |

| Name of creditor and complete mailing address including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Public Broadcasting Service c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Telemundo Network Group LLC c/o Debevoise & Plimpton, LLP Attn :  Bruce P. Keller, Esq. 919 Third Avenue, 31st Floor New York, NY 10022 | Bruce P. Keller, Esq. Tel.: (212) 909-6118 Fax: (212 521-7118 E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Thirteen c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Twentieth Century Fox Film Corporation c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Universal Network Television c/o Debevoise & Plimpton, LLP Attn:  Bruce P. Keller, Esq. 919 Third Avenue, 31st Floor New York, NY 10022 | Bruce P. Keller, Esq. Tel.: (212) 909-6118 Fax: (212 521-7118 E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Univision Network Limited Partnership [The] c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| Univision Television Group, Inc. c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| WNET c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |

| Name of creditor and complete mailing address including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WNJU-TV Broadcasting LLC c/o Debevoise & Plimpton, LLP Attn:  Bruce P. Keller, Esq. 919 Third Avenue, 31st Floor New York, NY 10022 | Bruce P. Keller, Esq. Tel.: (212) 909-6118 Fax: (212) 521-7118 E-mail: bpkeller@debevoise.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |
| WPIX, Inc. c/o Jenner & Block LLP Attn:  Richard Stone, Esq. 633 West 5th Street Los Angeles, CA  90071-2054 | Richard L. Stone, Esq. Tel.: (213) 239-2203 Fax: (213) 239-2213 E-mail: rstone@jenner.com | Litigation Party | Contingent, unliquidated and disputed | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF DEBTORS

I, Ramon A. Rivera, Vice President and Chief Financial Officer of Aereo, Inc., declare under penalty of perjury that I have read the List of Creditors Holding the 40 Largest Unsecured Claims submitted herewith and that it is true and correct to the best of my information and belief.

Dated: November 20, 2014

AEREO, INC.

By: _____
        Name: Ramon A. Rivera
        Title: Secretary, Treasurer and
               Chief Financial Officer

61807452

7

# United States Bankruptcy Court
## Southern District of New York

In re   Aereo, Inc.

_____
Debtor(s)

Case No. _____
Chapter   11   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Class | Number of Securities |
|---|---|---|
| Adrian Aoun (Levance LLC)<br>Attn: General Counsel<br>660 4th Street, #243<br>San Francisco, CA 94107 | Preferred Stock | 101,523 |
| Beveridge, Richard<br>185 Cornell Street, Unit 1<br>Roslindale, MA 02131 | Common Stock | 40,000 |
| Bingham, James<br>667 Vancouver Drive<br>Westerville, OH 43081 | Common Stock | 518,750 |
| Burke, Francis<br>7 Mitchell Road<br>Marblehead, MA 01945 | Common Stock | 60,000 |
| Cann, John<br>101 Warren Street<br>Apt. A4A<br>Brooklyn, NY 11201 | Common Stock | 560,000 |
| Chaitanya Kanojia Qualified Annuity Interest Trust<br>c/o Aereo, Inc.<br>280 Summer Street, 4th Floor<br>Boston, MA 02210 | Common Stock | 4,289,540 |
| Cherry, Griffin<br>165 Walworth Street<br>Roslindale, MA 02131 | Common Stock | 2,573,730 |
| Chin, Amanda<br>17 Stokes Farm Road<br>Westwood, NJ 07675 | Common Stock | 88,888 |
| Cohen, Alexander<br>190 Riverside Drive<br>Apt. 7A<br>New York, NY 10024 | Preferred Stock | 63,477 |
| Cromwell, Colin<br>4708 Essex Avenue<br>Chevy Chase, MD 20815 | Common Stock | 40,000 |

Sheet 1 of 5 in List of Equity Security Holders

In re: __Aereo, Inc._____     Case No. _____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| Fallik, Brian<br>92 Concord Avenue<br>Apt. 1<br>Somerville, MA 02143 | Common Stock | 151,250 |
| Favaro, Marc<br>540 Sapphire Drive<br>Castle Rock, CO 80108 | Preferred Stock | 38,071 |
| First Round Capital III, L.P.<br>200 Park Avneue South<br>Suite 515<br>New York, NY 10003 | Preferred Stock | 3,749,796 |
| FirstMark Capital l LP<br>100 Fifth Avenue, 3rd Floor<br>New York, NY 10011 | Preferred Stock | 24,757,476 |
| Freeman, Josh<br>5702 Warwick Place<br>Chevy Chase, MD 20815 | Common Stock | 214,480 |
| Gary M. Lauder Revocable Trust<br>88 Mercedes Lane<br>Atherton, CA 94027 | Preferred Stock | 6,537,327 |
| Gordon and Donna Crawford Trust<br>520 Georgian Road<br>La Canada Flintridge, CA 91011 | Preferred Stock | 634,518 |
| Greenleaf, Jonathan<br>17 Sherman Street<br>Apartment 1<br>Cambridge, MA 02138 | Common Stock | 331,250 |
| Harris, Stephen<br>308 Rhoads Avenue<br>Columbus, OH 43205 | Common Stock | 223,750 |
| Hed, Nevo<br>51 Fearing Drive<br>Westwood, MA 02090 | Common Stock | 331,250 |
| Helgeson, Michael<br>16 Greenwood Road<br>Sudbury, MA 01776 | Common Stock | 300,000 |

In re:    Aereo, Inc.                                                                        Case No. _____

_____

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
| --- | --- | --- |
| High Line Venture Partners LP<br>555 West 18th Street<br>New York, NY 10007 | Preferred Stock | 3,331,715 |
| Highland Capital Partners VIII Limited Partnership<br>92 Hayden Avenue<br>Lexington, MA 02421 | Preferred Stock | 6,304,073 |
| Highland Capital Partners VIII-C Limited Partnership<br>92 Hayden Avenue<br>Lexington, MA 02421 | Preferred Stock | 2,285,977 |
| Highland Capital Partners VIII-B Limited Partnership<br>92 Hayden Avenue<br>Lexington, MA 02421 | Preferred Stock | 97,744 |
| Himalaya Capital Investors LP<br>301 East Colorado Blvd.<br>Suite 501<br>Pasadena, CA 91101 | Preferred Stock | 1,269,036 |
| Houston Eliseeva LLP<br>420 Bedford Street<br>Suite 155<br>Lexington, MA 02420 | Preferred Stock | 454,540 |
| Houston, Grant<br>420 Bedford Street, Suite 155<br>Lexington, MA 02420 | Common Stock | 160,000 |
| IAC (USANI, LLC)<br>555 West 18th Street<br>New York, NY 10011 | Preferred Stock | 45,664,260 |
| Jeff Records (AER OK, LLC)<br>501 NW Grand Blvd.<br>Oklahoma City, OK 73118 | Preferred Stock | 25,381 |
| Joseph T. Lipowski and Diane M. Lipowski<br>(as tenants in common)<br>27 Henrys Lane<br>Norwell, MA 02061 | Preferred Stock | 1,176,470 |
| Kanojia, Atma<br>c/o Aereo, Inc.<br>280 Summer Street, 4th Floor<br>Boston, MA 02210 | Common Stock | 80,000 |

List of equity security holders consists of 5 total page(s)

In re: __Aereo, Inc._____                          Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| Kanojia, Chaitanya<br>c/o Aereo, Inc.<br>280 Summer Street, 4th Floor<br>Boston, MA 02210 | Common Stock | 66,549,590 |
| Keval Desai (Desai Family Trust)<br>2046 Beach Street<br>San Francisco, CA 94123 | Preferred Stock | 25,381 |
| Lipowski, Joseph<br>27 Henrys Lane<br>Norwell, MA 02061 | Common Stock | 4,252,680 |
| Longman, Tracie L.<br>c/o Aereo, Inc.<br>280 Summer Street, 4th Floor<br>Boston, MA 02210 | Common Stock | 7,812,500 |
| Loveland, Brian<br>235 Cordaville Road<br>Southborough, MA 01772 | Common Stock | 281,250 |
| OldSlip Air Holdings, LLC<br>(fka South Ferry #2 LP)<br>One State Street Plaza, 29th F<br>New York, NY 10004 | Preferred Stock | 3,095,889 |
| Pond, Daniel<br>43 Westland Avenue, Unit 506<br>Boston, MA 02115 | Common Stock | 500,000 |
| Sallon, Nicholas<br>178 Bergen Street, Apt. 3<br>Brooklyn, NY 11217 | Common Stock | 700,000 |
| Snow, Nicole<br>9 Pierce Avenue, Apt. 2<br>Boston, MA 02122 | Common Stock | 300,000 |
| Sullivan, Michelle<br>2 Belmont Street<br>Woburn, MA 01801 | Common Stock | 66,250 |
| SV Angel II-Q, L.P.<br>770 Chimulas Drive<br>Palo Alto, CA 94306 | Preferred Stock | 909,090 |

List of equity security holders consists of 5 total page(s)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  Aereo, Inc.                                          Case No. _____
_____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities |
| --- | --- | --- |
| Tracie L. Longman Qualified Annuity Interest Trust c/o Aereo, Inc. 280 Summer Street, 4th Floor Boston, MA 02210 | Common Stock | 4,289,540 |
| Wiesenthal, Robert S. 147 East 63rd Street New York, NY 10065 | Preferred Stock | 909,090 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Treasurer, Secretary and and Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   November 20, 2014                    Signature _____
                                                    Ramon A. Rivera, Secretary, Treasurer and Chief Financial Officer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

William R. Baldiga, Esquire
R. Benjamin Chapman, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

*Proposed Counsel for the*
*Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AEREO, INC., | : | Case No. 14-_____ (___) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1) of the Federal Rules of Bankruptcy Procedure,

Aereo, Inc. (the "Debtor") hereby states that each of the following persons or entities directly or

indirectly own 10% or more of the equity interests of the Debtor:

| Name and Address | Ownership Percentage |
|---|---|
| Chaitanya Kanojia[1]<br>c/o Aereo, Inc.<br>280 Summer Street, 4th Floor<br>Boston, MA  02210 | 42.32% |
| IAC (USANI, LLC)<br>555 West 18th Street<br>New York, NY  10011 | 23.30% |
| FirstMark Capital I LP<br>100 Fifth Avenue, 3rd Floor<br>New York, NY  10011 | 12.63% |

---

[1]  The ownership percentage noted includes amounts held or controlled by the holder.

The following is a list of any corporation whose securities are publicly traded in which the Debtor directly or indirectly owns 10% or more of any class of the corporation's equity interests, and any general or limited partnership or joint venture in which the Debtor owns an interest:

| Name and Address | Ownership Percentage |
|---|---|
| None | N/A |

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, Ramon A. Rivera, Secretary, Treasurer and Chief Financial Officer of Aereo, Inc., a corporation organized under the laws of the State of New York, declare under penalty of perjury under the laws of the United States of America, that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Dated: November 20, 2014

AEREO, INC.

By: _____
Name: Ramon A. Rivera
Title: Secretary, Treasurer and
Chief Financial Officer

61808319

2

## SECRETARY'S CERTIFICATE AS TO RESOLUTIONS OF
## THE BOARD OF DIRECTORS OF

## AEREO, INC.

I, Ramon A. Rivera, Secretary, Treasurer and Chief Financial Officer of Aereo, Inc. (the "Corporation"), a New York corporation, hereby certify that the following resolutions were duly adopted at a telephonic meeting of the board of directors (the "Board of Directors") of the Corporation at a special telephonic meeting thereof on November 20, 2014, in accordance with the requirements of applicable law, and that such resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

**WHEREAS**, the Board of Directors of the Corporation has reviewed and had the opportunity to ask questions about the materials presented by the Corporation's management and advisors regarding the liabilities and liquidity of the Corporation, the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation's business;

**WHEREAS,** the Board of Directors has considered, among other things, the Corporation's available liquidity, liabilities and ability to meet its obligations as they come due;

**WHEREAS,** the Board of Directors has had the opportunity to consult with the Corporation's management and advisors to fully consider each of the strategic alternatives available to the Corporation; and

**WHEREAS,** the Board of Directors desires to approve the following resolutions.

**NOW THEREFORE, BE IT RESOLVED**, that the Board of Directors has determined that it is desirable and in the best interests of the Corporation that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing a chapter 11 case for the Corporation (the "Chapter 11 Case"); and be it further

**RESOLVED**, that the Chief Executive Officer, or any officer designated by the Chief Executive Officer (each a "Designated Officer"), in each case acting singly or jointly, be, and they hereby are, authorized, empowered, and directed to execute and file in the name and on behalf of the Corporation, and under its corporate seal or otherwise, all petitions, schedules, lists and other motions, papers, or documents, and to take any and all management action necessary, appropriate, desirable, or proper in connection with the Chapter 11 Case including, without limitation, any action necessary to maintain the Corporation's business, assets and affairs, and further including any actions necessary to retain any professionals deemed necessary (including, without limitation, Brown Rudnick LLP as reorganization counsel, Argus Management Corporation as Chief Restructuring Officer as to the responsibilities set forth below, and Prime

Clerk LLC to assist the Corporation in the Chapter 11 Cases and in carrying out its duties under the provisions of the Bankruptcy Code; and it be further

**RESOLVED**, that Argus Management Corporation (including Lawton Bloom and such other persons who may assist him in the responsibilities as to this engagement, as such responsibilities are approved by, and may be modified from time to time by, the Board of Directors) is hereby engaged by the Corporation as its Chief Restructuring Officer, reporting to the Corporation's Board of Directors; and that, given that a principal goal of the Corporation is to effectuate a successful sale of all or a substantial part of its assets in the Chapter 11 Case or to undertake a substantial recapitalization or similar transaction (such sale, recapitalization or similar transaction, a "Transaction"), the Chief Restructuring Officer is at this time charged primarily with the responsibilities, powers and authority to do all things reasonably appropriate or necessary in the furtherance of such Transaction (including as to such tasks that may be from time to time undertaken by investment bankers, financial advisors and accountants), in all respects working closely with the Corporation's other executives, employees and retained professionals as appropriate and customary and reporting to the Board of Directors, and in such respects to prepare for and undertake the Transaction that is in the best interests of the Corporation and its creditors, shareholders, employees, customers and other constituents generally in accordance with good professional practices and applicable law, and to execute all documents and take any and all other actions in furtherance thereof as the Chief Restructuring Officer deems to be necessary or appropriate; and it be further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Officers and the Chief Restructuring Officer, each of the Designated Officers and the Chief Restructuring Officer and their respective designees shall be, and each of them hereby is, authorized, directed, and empowered, in the name of, and on behalf of, the Corporation and under its corporate seal or otherwise, to take or cause to be taken any and all such further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment shall be necessary, advisable, or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

**RESOLVED**, that all members of the Board of Directors of the Corporation have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or here by waive any right to have received such notice; and be it further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of an on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts

2

and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Board of Directors and that the Designated Officer or Chief Restructuring Officer did execute the same. The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Board of Directors duly called and constituted pursuant to the Bylaws of the Corporation and the laws of the State of New York; and it be further

**RESOVED**, that in order to fully carry out the intent and effectuate the purposes of the foregoing resolutions, the Board of Directors and each of the Designated Officers are hereby authorized to take all such further action, and to execute and deliver all such further instruments and documents in the name and on behalf of the Corporation, and under its corporate seal or otherwise pay all such fees and expenses, which shall in his or her business judgment may be necessary, proper or advisable.

In witness whereof, the undersigned has caused this Certificate to be executed as of this 20th day of November, 2014.

Ramon A. Rivera

61811251