B6 Summary (Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of New York

In re  Aereo, Inc. _____  Case No.  14-13200 (SHL
_____  Chapter  11
Debtor(s)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 7 | $22,163,168.05 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $83,638.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $44,962.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $2,647,368.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 29 | $22,163,168.05 | $2,775,970.61 | |

B6A (Official Form 6A) (12/07)

In re    Aereo, Inc.                                                                    Case No.    14-13200 (SHL)
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| None | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

_0_  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Aereo, Inc.                                                 Case No.    14-13200 (SHL)
_____                                   _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Money Market Account<br>Boston Private Bank & Trust Company<br>Ten Post Office Square Boston, MA 02109 | - | $3,034,671.21 |
| | | Operating Account<br>Boston Private Bank & Trust Company<br>Ten Post Office Square<br>Boston, MA  02109 | - | $787,812.12 |
| | | Employee Benefits Account/<br>Boston Private Bank & Trust Company<br>Ten Post Office Square<br>Boston, MA  02109 | - | $31,468.71 |
| | | New York Sales Account<br>Boston Private Bank & Trust Company<br>Ten Post Office Square<br>Boston, MA  02109 | - | $0.00 |
| | | All Other City Sales Account<br>Boston Private Bank & Trust Company<br>Ten Post Office Square<br>Boston, MA  02109 | - | $0.00 |
| | | Lease Security Deposit Certificate<br>(lease security deposit for 470 Vanderbilt, Brooklyn, NY location)<br>Boston Private Bank & Trust Company<br>Ten Post Office Square<br>Boston, MA  02109 | - | $629,200.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re  Aereo, Inc.                                                     Case No. _____
              **Debtor**                                                          **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | 56 7th Ave LLC<br>56 Seventh Avenue<br>New York, NY<br>Lease security deposit | | $10,000.00 |
| | | ClickSquared, Inc.<br>280 Summer Street<br>Boston, MA 02210<br>Lease security deposit | | $7,246.00 |
| | | RXR SMP Owner LLC<br>625 RXR Plaza<br>Uniondale, NY 11556<br>Lease security deposit | | $21,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re    Aereo, Inc.                                                    Case No. _____
                 **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Interest Receivable | | $2,202.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Sales Tax Refunds | | $6,476.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re    Aereo, Inc.                                                Case No. _____
                    Debtor                                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | US Patent Application Publications: | | $834,925.00 |

US Patent Application Publications:

- US 2012/0127374A1: System and Method for Providing Network Access to Antenna Feeds
- US 2012/0131621A1: System and Method for Providing Network Access to Individually Recorded Content
- US 2012/0127363A1: Antenna System With Individually Addressable Elements in Dense Array
- US 2012/0129479A1: Method and System for Processing Antenna Feeds using Separate Processing Pipelines
- US 2012/0266201A1: Cloud Based Location Shifting Service
- US 2012/0266198A1: Fast Binding of a Cloud Based Streaming Server Structure
- US 2012/0297423A1: Method and System for Program and Stream Control of Video to Target Device
- US 2012/0207870A1: Antenna System with Small Multi-Band Antennas
- US 2013/0109295A1: Method and System for Assigning Antennas in Dense Array
- US 2013/0239146A1: User Interface for Television Programming and Social Media Feeds for Time Shifted Viewing
- US 2013/0191858A1: Broadcast Encoding, Recording, and Distribution System and Method
- US 2013/0205352A1: System and Method for Video Streaming to Display Device Using Parasitically Powered Receiver
- US 2014/0038535A1: Dynamic Tuning in Dense Arrays of Electrically Small Elements
- US 2013/0321239A1: Three Dimensional Antenna Array System With Troughs
- US 2014/0090004A1: Antenna System and Installation for High Volume Television Capture

WIPO International Applications Published Under the PCT

- WO 2012/068395A1:  System and Method for Providing Network Access to Antenna Feeds
- WO 2012/112910A1: Cloud Based Location Shifting Service
- WO 2012/112928A2: Fast Binding of a Cloud Based Streaming Server Structure
- WO 2012/112896A2: Method and System for Program and Stream Control of Video to Target Device
- WO 2013/040050A1: Antenna System with Small Multi-Band Antennas
- WO 2013/163134A1: Method and System for Assigning Antennas in Dense Array
- WO 2013/133915A1: User Interface for Television Programming and Social Media Feeds for Time Shifted Viewing

B 6B (Official Form 6B) (12/07) - Cont.

In re  Aereo, Inc. _____    Case No. _____
              **Debtor**                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | • WO 2013/112444A1: Broadcast Encoding, Recording, and Distribution System and Method<br>• WO 2013/116037A1: System and Method for Video Streaming to Display Device Using Parasitically Powered Receiver<br>• WO 2013/181207A1: Three Dimensional Antenna Array System With Troughs<br>• WO 2014/051880A1: Antenna System and Installation for High Volume Television Capture | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Aereo, Inc. | | Case No. | |
|---|---|---|---|---|
| | Debtor | | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Furniture and fixtures $7,101.01 at 455 Broadway, New York, NY $17,141.70 at 470 Vanderbilt, Brooklyn, NY $80,825.20 at 280 Summer St, Boston, MA | | $105,067.91 |
| | | Employee computers and computer accessories 455 Broadway New York, NY  10013 | | $11,497.92 |
| | | Miscellaneous computer equipment 470 Vanderbilt Brooklyn, NY  11238-2208 | | $111,189.45 |
| | | Miscellaneous software 470 Vanderbilt Brooklyn, NY  11238-2208 | | $3,950.54 |
| | | Employee computers and computer accessories 280 Summer Street Boston, MA  02210 | | $213,380.60 |
| | | Miscellaneous software 280 Summer Street Boston, MA  02210 | | $37,295.28 |
| | | R&D data center equipment 280 Summer Street Boston, MA  02210 | | $429,580.31 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Injection molds 280 Summer Street Boston, MA  02210 | | $26,800.00 |
| 30. Inventory. | | Component parts for antenna boards Altronics 12 Executive Drive, Unit 2 Hudson, NH  03051 | - | $109,979.00 |
| | | Antenna boards - partially completed or rework required Altronics 12 Executive Drive, Unit 2 Hudson, NH 03051 | - | $447,928.00 |
| | | Component parts for transcoders and antenna boards EIT 19 Keewaydin Drive, Suite 3 Salem, NH  03079 | - | $343,380.00 |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** Aereo, Inc. _____          **Case No.** _____
             **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Antenna boards and transcoders - partially completed or rework required<br>EIT<br>19 Keewaydin Drive, Suite 3<br>Salem, NH  03079 | - | $261,863.00 |
| | | Antennas, card cages, transcoders, streaming servers, firewalls<br>Avnet<br>6 Craig Road<br>Acton, MA  01720 | - | $203,103.00 |
| | | Antennas, card cages, transcoders, streaming servers, firewalls<br>Aereo, Inc.<br>470 Vanderbilt<br>Brooklyn, NY  11238 | - | $11,684,477.00 |
| | | Antennas, card cages, transcoders, streaming servers, firewalls, antenna shelters<br>C7 Data Centers<br>14944 Pony Express Drive<br>Bluffdale, UT  84065 | - | $784,650.00 |
| | | Antennas, card cages, transcoders, streaming servers, firewalls, antenna shelters<br>QTS<br>1033 Jefferson Street, NW<br>Atlanta, GA  30318-8024 | - | $1,409,264.00 |
| | | Antennas, card cages, transcoders, streaming servers, firewalls, antenna shelters<br>Expedient<br>1050 Hull Street<br>Baltimore, MD  21230-5342 | - | $614,761.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total >    $22,163,168.05

*(Report also on Summary of Schedules)*

B6D (Official Form 6D) (12/07)

In re    Aereo, Inc.                                                                Case No.    14-13200 (SHL)
_____,                                            _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | Security deposit | | | | | |
| RXR SMP Owner LLC 625 RXR Plaza Uniondale, NY 11556 | - | | | | Security deposit re: lease on 37-18 Northern Boulevard, Long Island City, NY | | | | | |
| | | | | | Value $              21,000.00 | | | | 7,647.78 | 0.00 |
| Account No. | | | | | 12/16/2011 | | | | | |
| Vanderbilt Associates Owner LP c/o RXR Realty 470 Vanderbilt Brooklyn, NY 11238-2208 | - | | | | Standby Letter of Credit Re: Lease  Lease Security Deposit Certificate Boston Private Bank & Trust Company Ten Post Office Square Boston, MA   02109 | | | | | |
| | | | | | Value $             629,200.00 | | | | 75,990.97 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| ___0___ continuation sheets attached | Subtotal (Total of this page) | 83,638.75 | 0.00 |
| | Total (Report on Summary of Schedules) | 83,638.75 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   Aereo, Inc.                                                   Case No.    14-13200 (SHL)
_____              _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

        <u>1</u>    continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    Aereo, Inc.                                                    Case No.    14-13200 (SHL)
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Personal Property Tax | | | | | | |
| Cypress-Fairbanks ISD PO Box 203908 Houston, TX 77216-3909 | - | | | | | | 6,551.67 | 0.00 | 6,551.67 |
| Account No. | | | Personal Property Tax | | | | | | |
| Dallas Central Authority PO Box 139066 Dallas, TX 75313-9066 | - | | | | | | 32,154.62 | 0.00 | 32,154.62 |
| Account No. | | | Personal Property Tax | | | | | | |
| Harris County PO Box 3547 Houston, TX 77253-3547 | - | | | | | | 6,256.65 | 0.00 | 6,256.65 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 44,962.94 | 0.00 | 44,962.94 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 44,962.94 | 0.00 | 44,962.94 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     Aereo, Inc.                                                    Case No.   14-13200 (SHL)
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| A1 Expert Service, Inc. 151 West Industry Court Suite 23 Deer Park, NY 11729 | | - | | | | | | | 9,097.57 |
| Account No. | | | | | Trade Debt | | | | |
| ADP Inc. P.O. Box 842875 Boston, MA 02284-2875 | | - | | | | | | | 730.02 |
| Account No. | | | | | Trade Debt | | | | |
| Alexander Group, LLC P.O. Box 9627 Manchester, NH 03108 | | - | | | | | | | 3,081.00 |
| Account No. | | | | | Trade Debt | | | | |
| Altronics Manufacturing, Inc. 12 Executive Drive, Unit 2 Hudson, NH 03051 | | - | | | | | | | 519.21 |
| __15__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 13,427.80 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                                              Case No.    14-13200 (SHL)
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| AMA Consulting Engineers PC 250 West 39th Street New York, NY 10018 | | - | | | | | | 5,600.00 |
| Account No. | | | | Adverse Party in Litigation | | | | |
| American Broadcasting Cos. Inc c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | | - | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Arena Solutions, Inc. 110 Marsh Drive Suite 200 San Mateo, CA 94404 | | - | | | | | | 1,238.40 |
| Account No. | | | | Trade Debt | | | | |
| AT&T PO Box 6463 Carol Stream, IL 60197-6463 | | - | | | | | | 290.01 |
| Account No. | | | | Trade Debt | | | | |
| Atlantic Metro Communications P.O. Box 200057 Pittsburgh, PA 15251-0057 | | - | | | | | X | 7,534.03 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,662.44

B6F (Official Form 6F) (12/07) - Cont.

In re ___Aereo, Inc.___                                    Case No. ___14-13200 (SHL)___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Avnet Embedded P.O. Box 847722 Dallas, TX 75284-7722 | - | | | | | | | 19,972.06 |
| Account No. | | | | Trade Debt | | | | |
| Bernhard, Jennifer T. 1020 W. Daniel Street Champaign, IL 61821 | - | | | | | | | 33,003.41 |
| Account No. | | | | Professional Fees | | | | |
| Bingham McCutchen LLP 2020 K Street, NW Washington, DC 20006 | - | | | | | | | 105,000.00 |
| Account No. | | | | Trade Debt | | | | |
| C7 Data Centers 14944 Pony Express Drive Riverton, UT 84065 | - | | | | | | | 29,887.50 |
| Account No. | | | | Adverse Party in Litigation | | | | |
| CBS Broadcasting Inc. c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | - | | | | X | X | X | Unknown |

Sheet no. __2__ of __15__ sheets attached to Schedule of Creditors Holding Nonpriority Claims

Subtotal
(Total of this page)          187,862.97

B6F (Official Form 6F) (12/07) - Cont.

In re __Aereo, Inc.__                                          Case No. __14-13200 (SHL)__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Adverse Party in Litigation | | | | |
| CBS Studios Inc. c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Trade Debt | | | | |
| CDW Direct P.O. Box 75723 Chicago, IL 60675-5723 | - | | | | | | | | 2,450.00 |
| Account No. | | | | | Adverse Party in Litigation | | | | |
| Community Television of Utah c/o Jenner & Block LLP 633 W. 5th Street, Suite 3600 Los Angeles, CA 90071 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Professional Fees | | | | |
| Constantine Cannon, LLP 355 Madison Avenue 9th Floor New York, NY 10017 | - | | | | | | | | 43,815.49 |
| Account No. | | | | | Trade Debt | | | | |
| Delta Dental of Massachusetts PO Box 5-0198 Woburn, MA 01815-0198 | - | | | | | | | | 7,207.46 |

Sheet no. _3_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                53,472.95

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                                    Case No.    14-13200 (SHL)
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Disney Enterprises, Inc. c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| EIT Northeast Operations, LLC 108 Carpenter Drive Sterling, VA 20164 | - | | | | | | X | 226,826.42 |
| Account No. | | | | Trade Debt | | | | |
| ExactTarget, Inc. and Subs 26487 Network Place Chicago, IL 60673-1264 | - | | | | | | | 28,074.59 |
| Account No. | | | | Trade Debt | | | | |
| Expedient Data Centers P.O. Box 645209 Pittsburgh, PA 15264-5209 | - | | | | | | | 59,028.02 |
| Account No. | | | | Trade Debt | | | | |
| Facebook, Inc. 1601 Willow Road Menlo Park, CA 94025 | - | | | | | | | 62,617.63 |

Sheet no.  4  of  15  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

376,546.66

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                          Case No.    14-13200 (SHL)
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Professional Fees | | | | |
| Fish & Richardson P.C. P.O. Box 3295 Boston, MA 02241-3295 | - | | | | | | | 117,382.75 |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Fox Broadcasting Company c/o Jenner & Block LLP 633 W. 5th Street, Suite 3600 Los Angeles, CA 90071 | - | | | | X | X | X | Unknown |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Fox Television Stations, Inc. c/o Jwenner & Block LLP 353 N. Clark Street Chicago, IL 60654 | - | | | | X | X | X | Unknown |
| Account No. | | | | Professional Fees | | | | |
| Frankfurt Kurnit Klein & Selz 488 Madison Avenue New York, NY 10022 | - | | | | | | | 10,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Full Loyal Industrial Ltd. Rm 8 2/F Hope Sea Ind. CTR 26 Lam Hing St, Kowloon Bay Kowloon, Hong Kong | - | | | | | | | 26,110.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          153,492.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                              Case No.    14-13200 (SHL)
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043-1351 | - | | | | | | | | 309,421.58 |
| Account No. | | | | | Professional Fees | | | | |
| Houston & Associates, LLP 1666 Massachusetts Avenue Suite 12 Lexington, MA 02420 | - | | | | | | | | 29,834.22 |
| Account No. | | | | | Trade Debt | | | | |
| HRM Direct, Inc. 11 Beacon Street, 13th Floor Boston, MA 02108 | - | | | | | | | | 1,800.00 |
| Account No. | | | | | Trade Debt | | | | |
| Iron Mountain P.O. Box 27128 New York, NY 10087-7128 | - | | | | | | | | 92.32 |
| Account No. | | | | | Trade Debt | | | | |
| K2 Engineering Services, Inc. 85 Rangeway Road Building 1 North Billerica, MA 01862 | - | | | | | | | | 6,196.45 |

Sheet no. __6__ of __15__ sheets attached to Schedule of Creditors Holding Nonpriority Claims

Subtotal
(Total of this page)                                                                 347,344.57

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                        Case No.    14-13200 (SHL)
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Professional Fees | | | | |
| Kellogg, Huber, Hansen, Todd 1615 M Street, NW Suite 400 Washington, DC 20036-3215 | - | | | | | | | 41,021.03 |
| Account No. | | | | Adverse Party in Litigation | | | | |
| KUTV Licensee c/o Jenner & Block 633 W. 5th Street, Suite 3600 Los Angeles, CA 90071 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Labor Ready Northeast P.O. Box 820145 Philadelphia, PA 19182-0184 | - | | | | | | | 1,933.77 |
| Account No. | | | | Trade Debt | | | | |
| Launch Squad, LLC 116 New Montgomery Street Suite 620 San Francisco, CA 94105 | - | | | | | | | 26,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Level 3 Communications P.O. Box 910182 Denver, CO 80291-0182 | - | | | | | | | 605,939.08 |

Sheet no.  7  of  15  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        674,893.88

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                                          Case No.    14-13200 (SHL)
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Professional Fees | | | | |
| Levine, Blaszak, Block & 2001 L Street, NW Suite 900 Washington, DC 20036 | | - | | | | | 15,950.00 |
| Account No. | | | Trade Debt | | | | |
| Lightower Fiber Networks (fka Sierra Networks LLC) P.O. Box 28730 New York, NY 10087-8730 | | - | | | | | 4,767.55 |
| Account No. | | | Adverse Party in Litigation | | | | |
| NBC Studios, LLC c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | | - | | X | X | X | Unknown |
| Account No. | | | Adverse Party in Litigation | | | | |
| NBCUniversal Media, LLC c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | | - | | X | X | X | Unknown |
| Account No. | | | Trade Debt | | | | |
| NetBase Solutions, Inc. 2987 Landings Drive Mountain View, CA 94043 | | - | | | | | 62,603.13 |

Sheet no.  8   of  15   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                            83,320.68

B6F (Official Form 6F) (12/07) - Cont.

In re   Aereo, Inc.                                                                Case No.   14-13200 (SHL)
_____                              _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| New Relic, Inc. 188 Spear Street Suite 1200 San Francisco, CA 94105 | - | | | | | | | 6,375.00 |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Nexstar Broadcasting Snow Christensen & Martineau 10 Exchange Place, 11th Floor Salt Lake City, UT 84145-5000 | - | | | | X | X | X | Unknown |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Public Broadcasting Service c/o Jenner & Block LLP 353 N. Clark Street Chicago, IL 60654 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Quality Floorshine Corp. 199 Lee Avenue Suite 297 Brooklyn, NY 11211 | - | | | | | | | 579.74 |
| Account No. | | | | Trade Debt | | | | |
| Quality Technology Services 12851 Foster Street Overland Park, KS 66213 | - | | | | | | X | 521,230.27 |

Sheet no. __9__ of __15__ sheets attached to Schedule of                    Subtotal          | 528,185.01 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                                                    Case No.    14-13200 (SHL)
_____,
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| R & M Cleaning, Inc. 3 Payne Circle Roslyn Heights, NY 11577 | | - | | | | | 489.94 |
| Account No. | | | Trade Debt | | | | |
| Retals LLC 280 Summer Street Boston, MA 02210 | | - | | | | | 14,612.00 |
| Account No. | | | Trade Debt | | | | |
| Sunbelt Rentals, Inc. P.O. Box 409211 Atlanta, GA 30384-9211 | | - | | | | | 1,135.73 |
| Account No. | | | Adverse Party in Litigation | | | | |
| Telemundo Network Group LLC c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | | - | | X | X | X | Unknown |
| Account No. | | | Adverse Party in Litigation | | | | |
| The Univision Network LP c/o Jenner & Block LLP 353 N. Clark Street Chicago, IL 60654 | | - | | X | X | X | Unknown |

Sheet no.   10   of   15   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,237.67

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                              Case No.    14-13200 (SHL)
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Thirteen c/o Jenner & Block LLP 353 N. Clark Street Chicago, IL 60654 | | - | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| TowardEx Technologies, Inc. P.O. Box 51068 Boston, MA 02205 | | | | | | | | 2,375.00 |
| Account No. | | | | Trade Debt | | | | |
| Tribune Media Services, Inc. 40 Media Drive Queensbury, NY 12804 | | - | | | | | | 60,600.00 |
| Account No. | | | | Trade Debt | | | | |
| Turndox Corporation 207 South Street, 2nd Floor Boston, MA 02111 | | - | | | | | | 31,613.25 |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Twentieth Century Fox Film Cor c/o Jenner & Block LLP 353 N. Clark Street Chicago, IL 60654 | | - | | | X | X | X | Unknown |

Sheet no.   11   of   15   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    94,588.25

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                                    Case No.    14-13200 (SHL)
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| ULINE P.O. Box 88741 Chicago, IL 60680-1741 | | - | | | | | | 1,020.88 |
| Account No. | | | | Trade Debt | | | | |
| Underwriters Laboratories 75 Remittance Drive Suite 1524 Chicago, IL 60675-1524 | | - | | | | | | 2,516.00 |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Universal Network Television c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | | - | | | X | X | X | Unknown |
| Account No. | | | | Adverse Party in Litigation | | | | |
| Univision Television Group, In c/o Jenner & Block LLP 353 N. Clark Street Chicago, IL 60654 | | - | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Verisign P.O. Box 846228 Dallas, TX 75284-6228 | | - | | | | | | 360.00 |

Sheet no.  12  of  15  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,896.88

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                                                  Case No.    14-13200 (SHL)
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.                                                  Verizon P.O. Box 4820 Trenton, NJ 08650-4820 | | - | | Trade Debt | | | | 4,552.08 |
| Account No.                                                  Verizon PO Box 15124 Albany, NY 12212 | | - | | Trade Debt | | | | 102.69 |
| Account No.                                                  Verizon Business P.O. Box 660794 Dallas, TX 75266-0794 | | - | | Trade Debt | | | | 7,749.80 |
| Account No.                                                  Vertigo 503 Canal Blvd., Suite A Richmond, CA 94804 | | - | | Trade Debt | | | | 8,400.00 |
| Account No.                                                  Vindicia 303 Twin Dolphin Drive Suite 20C Redwood City, CA 94065 | | - | | Trade Debt | | | | 32,586.07 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          53,390.64

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                              Case No.    14-13200 (SHL)
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Vision Service Plan - Mass. P.O. Box 742479 Los Angeles, CA 90074-2479 | | - | | | | | | 865.46 |
| Account No. | | | | Professional Fees | | | | |
| Winston & Strawn LLP 200 Park Avenue New York, NY 10166-4193 | | - | | | | | | 18,744.71 |
| Account No. | | | | Adverse Party in Litigation | | | | |
| WNET c/o Jenner & Block LLP 353 N. Clark Street Chicago, IL 60654 | | - | | | X | X | X | Unknown |
| Account No. | | | | Adverse Party in Litigation | | | | |
| WNJU-TV Broadcasting LLC c/o Debevoise & Plimpton, LLP 919 Third Avenue, 31st Floor New York, NY 10022 | | - | | | X | X | X | Unknown |
| Account No. | | | | Professional Fees | | | | |
| Womble Carlyle Sandridge 1200 Nineteenth Street, NW Suite 50C Washington, DC 20036 | | - | | | | | | 26,435.60 |

Sheet no.   14   of   15   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        46,045.77

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Aereo, Inc.                                                           Case No.    14-13200 (SHL)
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Adverse Party in Litigation | | | | |
| WPIX, Inc. c/o Jenner & Block LLP 353 N. Clark Street Chicago, IL 60654 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no.  15  of  15  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Total
(Report on Summary of Schedules)          2,647,368.92

B6G (Official Form 6G) (12/07)

In re    Aereo, Inc.                                                                    Case No.    14-13200 (SHL)
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 56 7th Avenue LLC<br>56 Seventh Avneue<br>New York, NY 10011 | Lease for company apartment |
| Altronics Manufacturing, Inc.<br>12 Executive Drive, Unit 2<br>Hudson, NH 03051 | Contract with antenna manufacturer |
| Atlantic Metro Communications<br>PO Box 200057<br>Pittsburgh, PA 15251-0057 | Contract for internet connectivity/transport |
| Avnet Embedded<br>PO Box 847722<br>Dallas, TX 75284-7722 | Contract for data center equipment |
| C7 Data Centers<br>14944 Pony Express Drive<br>Riverton, UT 84065-4801 | Lease for colocation data center |
| EIT Northeast Operations, LLC<br>108 Carpenter Drive<br>Sterling, VA 20164 | Contract with antenna and transcoder manufacturer |
| ExactTarget, Inc.<br>26487 Network Place<br>Chicago, IL 60673-1264 | Contract for marketinf mailing software |
| Expedient Data Centers<br>1050 Hull Street<br>Baltimore, MD 21230-5342 | Lease for colocation data center |
| Full Loyal Industrial Ltd.<br>2/F Hope Sea Ind. CTR<br>26 Lam Hing St., Kowloon Bay<br>Kowloon, Hong Kong | Contract with antenna manufacturer |
| Level 3 Communications<br>PO Box 910182<br>Denver, CO 80291-0182 | Contract for internet connectivity/transport |
| Lightower Fiber Networks<br>(f/k/a Sidera Networks LLC)<br>PO Box 28730<br>New York, NY 10087-8730 | Contract for internet connectivity/transport |

1
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  Aereo, Inc.

Case No.   14-13200 (SHL)

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Netbase Solutions<br>2087 Landings Drive<br>Mountain View, CA 94043 | Contract for markteing software |
| New Relic<br>188 Spear Street<br>Suite 1200<br>San Francisco, CA 94105 | Contract for system tracking software |
| Quality Technology Services<br>1033 Jefferson Street, NW<br>Atlanta, GA 30318-8024 | Lease for colocation data center |
| Retals LLC<br>280 Summer Street<br>Boston, MA 02210 | Lease for office space |
| RXR SMP Owner LLC<br>625 RXR Plaza<br>Uniondale, NY 11556 | Lease for office space |
| Townsend Networks, Inc.<br>35 Reed Blvd., Suite A<br>Mill Valley, CA 94941 | Contract for sale of various networking equipment |
| Tribune Media Services, Inc.<br>40 Media Drive<br>Queensbury, NY 12804 | Contract with TV Guide |
| Vanderbilt Associates Owner<br>c/o RXR Realty<br>470 Vanderbilt<br>Brooklyn, NY 11238-2208 | Lease for data center and equipment storage |
| Verizon<br>PO Box 4820<br>Trenton, NJ 08650-4820 | Contract for internet connectivity/transport |
| Vindicia<br>303 Twin Dolphin Drive<br>Suite 200<br>San Francisco, CA 94105 | Contract for credit card payment processor services |
| ViXS Systems, Inc.<br>1210 Sheppard Ave. E Suite 800<br>Toronto, Ontario Canada<br>M2K 1E3 | Contract with ViXS chip manufacturer used in transcoder production |

Sheet  1  of  1   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    Aereo, Inc.                                          Case No.   14-13200 (SHL)
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chaitanya Kanojia<br>c/o Aereo, Inc.<br>280 Summer Street<br>Boston, MA 02210<br>    Co-signer on lease for company apartment | 56 7th Avenue LLC<br>56 Seventh Avneue<br>New York, NY 10011 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    Aereo, Inc.
_____
                                  Debtor(s)

Case No.    14-13200 (SHL)
Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___32___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    December 4, 2014          Signature    _____
                                               Ramon A. Rivera
                                               Vice President and Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.