UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                   :    Case No. 14-13200 (SHL)
                                                        :
AEREO, INC.                                             :    Chapter 11
                                                        :
                                                        :
                                                        :
                    Debtor.                             :
-------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of Aereo, Inc.:

1.  Level 3 Communications, LLC
    1025 Eldorado Blvd.
    Broomfield, CO  80021
    Attention:  Ryan McManis, Vice President and Assistant General Counsel
    Telephone: (720) 888-1000
    Fax:  (720) 888-5619
    E-Mail:  ryan.mcmanis@level3.com

2.  Quality Investment Properties Metro, LLC
    12851 Foster Street
    Overland Park, KS  66213
    Attention:  Ashley Mulcahy, Staff Attorney
    Telephone: (913) 814-9988
    Fax:  (877) 772-5290
    E-Mail:  ashley.mulcahy@qtsdatacenters.com

3.  C7 Data Centers, Inc
    357 South 670 West
    Suite 100
    Bluffdale, UT  84042
    Attention:  David Jenkins, VP Operations
    Telephone:  (801) 822-5340
    Fax:  (801) 822-5301
    E-Mail:  d.jenkins@c7.com

Dated: New York, New York
      January 16, 2015

                    Sincerely,

                    WILLIAM K. HARRINGTON
                    UNITED STATES TRUSTEE

                    By */s/ Susan D. Golden*
                          Susan D. Golden
                          Trial Attorney
                          Office of the United States Trustee
                          201 Varick Street, Room 1006
                          New York, NY 10014
                          Tel. (212) 510-0500