**STINSON LEONARD STREET LLP**
Robert T. Kugler, Esq. (admitted *pro hac vice*)
Edwin H. Caldie, Esq. (admitted *pro hac vice*)
150 South 5th Street, Suite 2300
Minneapolis, MN 55402
612.335.1500

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 Case |
| AEREO, INC., | ) 14-13200 (SHL) |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, AND ORDERS**

**PLEASE TAKE NOTICE,** that Edwin H. Caldie of the law firm of Stinson Leonard Street, hereby appears in the above-referenced Chapter 11 case as proposed counsel to the Official Committee of Unsecured Creditors and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be served upon the following below:

> STINSON LEONARD STREET LLP
> Edwin H. Caldie
> 150 South Fifth Street, Suite 2300
> Minneapolis, MN 55402
> Telephone: (612) 335-1500
> Facsimile: (612) 335-1657
> E-mail: edwin.caldie@stinsonleonard.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy

Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, orders, judgments, disclosure statements, plans of reorganization, reports, complaints, demands, and other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed in person or by mail, delivery, telephone, telegram, telex, or otherwise.

Dated: January 21, 2015

Respectfully submitted,

*s/ Edwin H. Caldie*
Edwin H. Caldie (#388930)
**STINSON LEONARD STREET LLP**
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
E-mail: edwin.caldie@stinsonleonard.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ Edwin H. Caldie*