William R. Baldiga, Esquire
R. Benjamin Chapman, Esquire
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
(212) 209-4800

*Counsel for the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AEREO, INC., | : | Case No. 14-13200 (SHL) |
| Debtor. | : | |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled to take place in the above-captioned Chapter 11 case on Tuesday, January 27, 2015 at 2:00 p.m. has been rescheduled to **Thursday, January 29, 2015 at 11:00 a.m.** (the "Hearing").  The Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, New York 10004, Courtroom 701.

Dated: January 26, 2015
      New York, New York        Respectfully submitted,

By: /s/ William R. Baldiga
    William R. Baldiga, Esquire
    R. Benjamin Chapman, Esquire
    BROWN RUDNICK LLP
    7 Times Square
    New York, NY 10036
    (212) 209-4800

*Counsel for the Debtor
and Debtor-in-Possession*