BROWN RUDNICK LLP
William R. Baldiga, Esq.
R. Benjamin Chapman, Esq.
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AEREO, INC., | : | Case No. 14-13200 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |

### DEBTOR'S ACCEPTANCE OF BROADCASTERS' PROPOSED SUPERSEDING ORDER (I) APPROVING BIDDING PROCEDURES; (II) ESTABLISHING CERTAIN RELATED DEADLINES; AND (III) GRANTING RELATED RELIEF

Aereo, Inc., debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, has reviewed and considered the Broadcasters' proposed clarifications to paragraphs 7(g), 7(h) and 7(j) of the Debtor's form of Superseding Bidding Procedures Order. *See* Broadcasters' Response To Debtor's Proposed Superseding Order (I) Approving Bidding Procedures; (II) Establishing Certain Related Deadlines; And (III) Granting Related Relief [Docket No. 171] (the "Broadcasters' Response").  The Debtor has consulted with the Official Committee of Unsecured Creditors (the "Committee") appointed in this case and hereby confirms that both the Debtor and the Committee consent to entry of the Superseding Bidding Procedures Order as clarified by the Broadcasters.

The Debtor respectfully submits that the Court should grant the Broadcasters' request and enter the form of Superseding Bidding Procedures Order attached as Exhibit B to the Broadcasters' Response.  In addition, the Debtor requests that the Court adjourn the hearing

currently scheduled for Thursday, January 29, 2015 at 11:00 a.m. (Eastern), as there are no issues

that will need to go forward at that time.

Dated:  January 27, 2015
      New York, NY

                            Respectfully submitted,

                            BROWN RUDNICK LLP

By:    /s/ William R. Baldiga
                            William R. Baldiga, Esq.
                            R. Benjamin Chapman, Esq.
                            7 Times Square
                            New York, NY  10036
                            (212) 209-4800

                            *Counsel to Aereo, Inc.*