William R. Baldiga, Esquire
R. Benjamin Chapman, Esquire
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
(212) 209-4800

*Counsel for the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| AEREO, INC., | Case No. 14-13200 (SHL) |
| Debtor. | |

**NOTICE OF CLOSING OF SALES OF CERTAIN OF THE
DEBTOR'S ASSETS TO TiVo INC. AND RPX CORPORATION**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On March 12, 2015, the Court entered the *Order (A) Authorizing the Sale of the Enterprise Assets of the Debtor Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (B) Authorizing the Debtor to Enter Into and Perform its Obligations Under the Enterprise Assets Purchase Agreements; and (C) Granting Related Relief* [Docket No. 254] (the "Enterprise Assets Sale Order"), which authorized the above captioned debtor and debtor-in-possession (the "Debtor") to sell, pursuant to two asset purchase agreements, (the "TiVo APA" and the "RPX APA"), certain of its assets (the "TiVo Sale" and "RPX Sale" respectively). The TiVo APA is among Aereo, Inc. as Seller and TiVo Inc. ("TiVo") as Purchaser,[1] dated as of

---

[1] All terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the TiVo APA or the RPX APA, copies of which are attached as Exhibit A and Exhibit B to the Enterprise Assets Sale Order.

February 26, 2015. The RPX APA is among Aereo, Inc. as Seller and the RPX Corporation ("RPX") as Purchaser, dated as of February 26, 2015.

2. On March 13, 2015, the RPX Sale was consummated in accordance with the terms of the RPX APA. Accordingly, March 13, 2015 is the Closing Date as that term is defined in the RPX APA.

3. On March 16, 2015, the TiVo Sale was consummated in accordance with the terms of the TiVo APA. Accordingly, March 16, 2015 is the Closing Date as that term is defined in the TiVo APA.

Dated: March 16, 2015
      New York, New York

Respectfully submitted,

By: /s/ William R. Baldiga
    William R. Baldiga, Esquire
    R. Benjamin Chapman, Esquire
    BROWN RUDNICK LLP
    7 Times Square
    New York, NY 10036
    (212) 209-4800

    *Counsel for the*
    *Debtor and Debtor-in-Possession*

61873598