William R. Baldiga, Esquire
R. Benjamin Chapman, Esquire
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
(212) 209-4800

*Counsel for the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AEREO, INC., | : | Case No. 14-13200 (SHL) |
| Debtor. | : | |

**NOTICE OF CLOSING OF SALE OF CERTAIN OF THE
DEBTOR'S ASSETS TO ALLIANCE TECHNOLOGY SOLUTIONS, INC.**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.  On March 12, 2015, the Court entered the *Order (A) Authorizing the Sale of the Certain Equipment of the Debtor Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (B) Authorizing the Debtor to Enter Into and Perform its Obligations Under the Equipment Purchase Agreement; and (C) Granting Related Relief* [Docket No. 253] (the "Equipment Sale Order"), which authorized the above captioned debtor and debtor-in-possession (the "Debtor") to sell, pursuant to an asset purchase agreement (the "Alliance APA"), certain of its equipment (the "Alliance Sale"). The Alliance APA is among

Aereo, Inc. as Seller and Alliance Technology Solutions, Inc. ("Alliance") as Purchaser,[1] dated as of February 26, 2015.

2. On April 2, 2015, the Alliance Sale was consummated in accordance with the terms of the Alliance APA. Accordingly, April 2, 2015 is the Closing Date as that term is defined in the Alliance APA.

Dated: April 3, 2015
      New York, New York               Respectfully submitted,

                                          By: /s/ R. Benjamin Chapman
                                               William R. Baldiga, Esquire
                                               R. Benjamin Chapman, Esquire
                                               BROWN RUDNICK LLP
                                               7 Times Square
                                               New York, NY 10036
                                               (212) 209-4800

                                               *Counsel for the*
                                               *Debtor and Debtor-in-Possession*

---

[1] All terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Alliance APA, a copy of which is attached as Exhibit A Equipment Sale Order.