William R. Baldiga, Esquire
R. Benjamin Chapman, Esquire
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
(212) 209-4800

*Counsel for the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AEREO, INC., | : | Case No. 14-13200 (SHL) |
| Debtor. | : | |

**NOTICE OF AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 7, 2015 AT 11:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, One Bowling Green, New York, NY 10004-1408

**UNCONTESTED MATTERS:**

1. Motion to Approve Compromise Debtor and Creditors' Committee's Joint Motion to Approve Settlement Agreement with Broadcasters **[Docket No. 288]**

    Related Documents:

      A. Notice of Filing of Fully Executed Settlement Agreement **[Docket No. 294]**

    Response Deadline: May 4, 2015 at 5:00 p.m.

    Response(s) Received:

      None

Status: This matter is going forward.

2. Motion of Debtor for Order (I) Approving the Disclosure Statement; (II) Approving Notice and Objection Procedures for the Disclosure Statement Hearing; (III) Determining Dates, Procedures and Forms Applicable to Solicitation Process; (IV) Establishing Vote Tabulation Procedures; and (V) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan **[Docket No. 234]**

Related Documents:

    A. Disclosure Statement for Chapter 11 Plan of Aereo, Inc. **[Docket No. 232]**;

    B. Chapter 11 Plan of Aereo, Inc. **[Docket No. 233]**;

    C. Amended Disclosure Statement For Amended Chapter 11 Plan of Aereo, Inc. **[Docket No. 296]**;

    D. Amended Chapter 11 Plan of Aereo, Inc. **[Docket No. 297]**; and

    E. Notice of Proposed Order (i) Approving Amended Disclosure Statement (ii) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (iii) Establishing Vote Tabulation Procedures, and (iv) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Amended Plan **[Docket No. 303]**.

Response Deadline: March 25, 2015 at 5:00 p.m. The Debtor extended the response deadline of the Broadcasters and the Unsecured Creditors' Committee in anticipation of entering into a settlement agreement with the parties, which was filed on April 20, 2015. The Debtor intends to seek approval of the Disclosure Statement, as amended, only if the settlement agreement with the parties is approved.

Response(s) Received:

    F. Objection of the United States Trustee to Motion for Approval of the Debtor's Disclosure Statement **[Docket No. 269]**

Status: This matter is going forward. The United States Trustee has advised the Debtor that it has no objection to the Amended Disclosure Statement so that this matter is now uncontested.

Dated: May 5, 2015
      New York, New York

Respectfully submitted,

By: /s/ William R. Baldiga
    William R. Baldiga, Esquire
    R. Benjamin Chapman, Esquire
    BROWN RUDNICK LLP
    7 Times Square
    New York, NY 10036
    (212) 209-4800

*Counsel for the Debtor
and Debtor-in-Possession*

61946582